Oswald J. Waite, Appellant, v. Joseph Sabel, Respondent.— Judgment affirmed, with costs on the opinion of the court below.— Present —Van Brunt, P. J., Rumsey, Patterson and O'Brien, JJ.—Appeal by the plaintiff from a judgment overruling his demurrer to the defendant's amended answer. The following is the opinion of the court below:

Nash, J.: The several causes of action and defenses set up in a pleading should be distinguished by the phrase, "for a further cause of action or defense;" or something equivalent. (4 How. 301.) If stated in paragraphs separately numbered it is sufficient (4 Law Bull. 31); but the statement of facts in separately numbered paragraphs, or alleged by mistake as separate causes of action, does not vitiate the pleading, if but a single cause of action or defense is, in fact, pleaded. (Harris, J., 14 How. 458, 459; Daniels, J., 9 Civ. Proc. Rep. 28.) The paragraphs of the answer here should be read together and construed to contain but one defense — a denial of the plaintiff's right of possession, and an allegation of a special property and right of possession in the defendant. But the complaint and answer are examples of the vicious practice of separately numbering the paragraphs of a pleading intended to set up only a single cause of action or defense,

a practice which serves no useful purpose in pleading, and often tends to mislead or confuse. It is not required. The statement of the facts constituting each cause of action and each defense or counterclaim must be separately stated and numbered; no other numbering is required. (Code Civ. Proc. §§ 483, 507.) The answer sets up a complete defense, being expressly within the terms of section 1720 of the Code. The complaint alleges that the plaintiff derived his title and right of possession from "one" David B. Cassel, and after the denial in the answer, it is alleged that "one" David B. Cassel delivered the goods to the defendant upon an agreement that the defendant should hold and sell the same to satisfy his general balance of account against Cassel, amounting to $2,300, and return the surplus to Cassel, and that at no time since the consignment have the goods been worth more than $2,300, etc. It is somewhat hypercritical for counsel to urge that there is no allegation in the answer "showing who this Cassel was," when the plaintiff himself alleges the ownership of David B. Cassel as the source of his title. Demurrer overruled, with costs. Decision signed.

The People of the State of New York ex rel. Jeremiah Bush, Appellant, v. James J. Martin and Others, Police Commissioners, etc., Respondents.—Writ dismissed, with costs. No opinion.

The People of the State of New York, Respondent, v. Mary Dunn and Mary Sampson, Appellants. — Judgment affirmed. No opinion.

Charles Spielmann and Others, Respondents, v. Henry W. Sharpless and Another, Appellants.—Judgment affirmed, with costs. No opinion.

Oscar B. Thomas, Respondent, v. Metropolitan Street Railway Company, Appellant.—Judgment modified by reducing amount allowed for damages to $100, and as modified affirmed, without costs. No opinion.

Henry Volkening and Another, Respondents, v. Julia A. S. Kilpatrick, as Executrix, etc., of Edward Kilpatrick, Deceased, Appellant.— Judgment affirmed, with costs. No opinion.

Donald S. Fraser, Respondent, v. The New Jersey Steel and Iron Company, Appellant, Impleaded with Another.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer in twenty days on payment of costs in this court and in the court below. No opinion.

The People of the State of New York, Respondent, v. Fannie Janiff, Appellant.— Judgment affirmed. No opinion.

Mary C. Moen, Respondent, v. Frank M. Weiler, Appellant.—Judgment affirmed, with costs. No opinion.

The American Boiler Company, Respondent, v. Charles F. Fontham, Appellant.—Judgment affirmed, with costs. No opinion.

Louis Ehrhard, as Administrator, Appellant, v. Metropolitan Street Railway Company, Respondent.—Order affirmed, without costs. No opinion.

Inter-State Advertising Company, Appellant, v. Malcolm Peters, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Matthias, an Infant, by Frederick H. Gerber, his Guardian ad Litem, Respondent, v. Franz Mayer, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Virginia E. Ver Planck, Respondent, v. Lily A. Godfrey and Another, Appellants, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements. No opinion.